```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 16744
    HOWARD DON BERNEY
    BETSEY LEE BERNEY                        CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-2296    SSN XXX-XX-9363

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 04/28/2005 and was confirmed 07/28/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  31.53% from remaining funds.

      The case was paid in full 02/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
VW CREDIT                 SECURED           15400.00       615.62      15400.00
VW CREDIT                 UNSECURED          9084.27          .00       2857.00
FREMONT INVESTMENT & LOA  CURRENT MORTG          .00          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED         12711.92          .00       4002.98
ECAST SETTLEMENT CORP     UNSECURED          5756.09          .00       1814.84
BANK OF AMERICA           UNSECURED          8782.56          .00       2769.05
RESURGENT CAPITAL SERVIC  UNSECURED          6456.63          .00       2035.71
BANK OF AMERICA NA        UNSECURED           170.70          .00         59.75
ECAST SETTLEMENT CORP     UNSECURED          4402.26          .00       1387.99
ECAST SETTLEMENT CORP     UNSECURED         14230.83          .00       4486.84
BILLY L BURKMAN           UNSECURED        NOT FILED          .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED          .00           .00
CHASE MANHATTAN           NOTICE ONLY      NOT FILED          .00           .00
CHRSIT HOSPITAL           UNSECURED        NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED          8749.75          .00       2758.71
CITI                      NOTICE ONLY      NOT FILED          .00           .00
CITI                      NOTICE ONLY      NOT FILED          .00           .00
CITICARD                  UNSECURED        NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED          7687.49          .00       2423.79
GE CONSUMER FINANCE       UNSECURED        NOT FILED          .00           .00
HBIS ENGINEERING          UNSECURED          5285.64          .00       1666.51
HINSDALE HOSPITAL         UNSECURED        NOT FILED          .00           .00
LAGRANGE MEMORIAL HOSPIT  UNSECURED        NOT FILED          .00           .00
LITTLE CO MARY HOSPITAL   UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED         11164.59          .00       3520.08
ECAST SETTLEMENT CORP     UNSECURED         19709.35          .00       6214.16
NCO FINANCIAL SYSTEMS IN  UNSECURED        NOT FILED          .00           .00
PALOS COMMUNITY HOSPITAL  UNSECURED        NOT FILED          .00           .00
WORLD FINANCIAL NETWORK   UNSECURED          1396.67          .00        440.36
WORLD FINANCIAL NETWORK   UNSECURED          1653.03          .00        521.18
SUPERIOR AIR GROUND AMB   UNSECURED           181.81          .00         63.63

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 16744 HOWARD DON BERNEY & BETSEY LEE BERNEY
```

```
WFNNB                      UNSECURED      NOT FILED          .00              .00
WFNNB                      UNSECURED      NOT FILED          .00              .00
VW CREDIT                  SECURED              .00          .00              .00
VW CREDIT                  NOTICE ONLY    NOT FILED          .00              .00
GROCHOCINSKI & GROCHOCIN   DEBTOR ATTY   1,692.60                         1,692.60
TOM VAUGHN                 TRUSTEE                                        3,327.68
DEBTOR REFUND              REFUND                                         5,096.25

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 63,154.73

PRIORITY                                               .00
SECURED                                          15,400.00
    INTEREST                                        615.62
UNSECURED                                        37,022.58
ADMINISTRATIVE                                    1,692.60
TRUSTEE COMPENSATION                              3,327.68
DEBTOR REFUND                                     5,096.25
                        ---------------      ---------------
TOTALS                  63,154.73                63,154.73
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
   Dated: 02/28/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```